*Agren Blando Court Reporting & Video, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-02755-JLK-KMT

---

DEPOSITION OF CHRISTINA KAUFFMAN
December 9, 2013

---

JONATHAN REYES,

Plaintiff,

vs.

SNOWCAP CREAMERY, INC., EMILY ARNOLD, and ROBERT
ARNOLD,

Defendants.

---

APPEARANCES:

    SCOTT A. MOSS, ESQ.
        8053 E. 24th Drive
        Denver, Colorado 80238
         Appearing on behalf of Plaintiff


    DIETZE AND DAVIS, P.C.
        By Joel C. Maguire, Esq.
        2060 Broadway, Suite 400
        Boulder, Colorado 80302
         Appearing on behalf of Defendants

*Agren Blando Court Reporting & Video, Inc.*

1        Pursuant to Notice and the Federal Rules of

2   Civil Procedure, the deposition of CHRISTINA

3   KAUFFMAN, called by Defendant, was taken on Monday,

4   December 9, 2013, commencing at 11:46 a.m., at 2060

5   Broadway, Suite 400, Boulder, Colorado, before

6   Barbara J. Castillo, Registered Merit Reporter,

7   Certified Realtime Reporter and Notary Public within

8   and for the State of Colorado.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Agren Blando Court Reporting & Video, Inc.**

1                                  I N D E X

2

EXAMINATION                                          PAGE

3
    BY MR. MAGUIRE                                      4
4   BY MR. MOSS                                        13
    BY MR. MAGUIRE                                     26
5   BY MR. MOSS                                        27

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  P R O C E E D I N G S
 2                  CHRISTINA KAUFFMAN,
 3     being first duly sworn in the above cause, was
 4     examined and testified as follows:
 5                  EXAMINATION
 6     BY MR. MAGUIRE:
 7         Q     Would you please state your full name,
 8     please.
 9         A     Christina Marie Kauffman.
10         Q     And could you spell your last name.
11         A     K-a-u-f-f-m-a-n.
12         Q     And can you give me your residence
13     address?
14         A     60 Ferris Lane, Erie, Colorado 80516.
15         Q     And are you employed?
16         A     Yes.
17         Q     And by whom are you employed?
18         A     Cisco Food Services of Denver.
19         Q     And how long have you been employed by
20     Cisco?
21         A     Nine years.
22         Q     And what was the initial position that you
23     held?
24         A     Marketing associate.
25         Q     And have you held any other positions?
```

1     A     I'm currently a business development

2    manager.

3     Q     And when did you become a business

4    development manager?

5     A     August 1st of 2012.

6     Q     And up until that time you were a

7    marketing associate?

8     A     Correct.

9     Q     And what was the general job description

10    for marketing associate?

11     A     Marketing associate is a salesperson for

12    food products stocked at Cisco Denver.  So I make

13    calls to accounts that sell food, churches, bars,

14    restaurants, anything that would serve food and I

15    sell to them.

16     Q     Are you a college graduate?

17     A     I am, yes.

18     Q     And where did you go to school?

19     A     CU Boulder.

20     Q     And what was your degree in?

21     A     Marketing.

22     Q     What year did you graduate?

23     A     2005.

24     Q     And you're married; is that correct?

25     A     That's correct.

*Agren Blando Court Reporting & Video, Inc.*

1    Q    Now, I asked you if you could testify at

2    the trial next week in Denver, right?

3    A    Yes.

4    Q    And was there a reason why you preferred

5    not to have to testify at trial?

6    A    I'm expecting my second child and I could

7    -- he could come at any time basically right now.

8    Today I'm 35 weeks.  So I didn't want to be

9    subpoenaed into court and not make it there or have a

10   newborn at home and need to be in court.  So I asked

11   to just have the -- this moved as quickly as possible

12   so that I could be present.

13   Q    And was there some kind of concern about

14   being in stressful situations?

15   A    Yeah.  I've had a higher risk pregnancy.

16   I've had a few complications, so my doctors weren't

17   fond of me being in anything that was too stressful.

18   Q    And how did you meet Bob and Emily Arnold?

19   A    I met them through their -- at the time

20   they just had the one restaurant in Erie, Snowcap

21   Creamery & Cafe.  I met them basically on a cold call

22   to sell them Cisco products, and I called on them and

23   they were interested in meeting with me and the

24   relationship kind of grew from there.

25   Q    Okay.  And what kind of products did you

1   sell to Snowcap Creamery & Cafe?

2       A      Initially it was center of the plate

3   items, paper products, anything that they served as

4   far as food.  We didn't do any ice cream business

5   with them, fryer shortening, that type of stuff,

6   burger buns, burgers, anything that they were

7   offering on their food menu.

8       Q      And what is a center of the plate item?

9       A      Beef basically, chicken, anything that you

10  find on the center of your plate.

11      Q      Okay.  And did you expand your sales to

12  them at some point?

13      A      When they opened Parkway, that obviously

14  grew our sales in there.  Just over time I expanded

15  my sales but through what we would call penetrating

16  an account, working with them on trying to get some

17  ice cream business in there, that type of thing.

18      Q      Okay.  And when did you meet Jonathan

19  Reyes?

20      A      I think he came on about six months after

21  they opened, four months after they said.

22      Q      And how did you meet him?

23      A      He became a cook, and my memory doesn't

24  serve the exact introduction, but I was introduced to

25  them as being just an employee of their restaurant.

1    Q    And did you have some interactions with

2  them?

3    A    Initially not as much as I did later on in

4  our working together, but yeah.  He was -- it's a

5  small place.  So I was there a lot, he was there a

6  lot.  I would see him in the kitchen.  So our

7  interactions were few until he was moved into

8  management.

9    Q    Okay.  And do you know when he was moved

10  into management?

11    A    I feel like it was a year maybe after he

12  was there.  It's been many years so I don't know

13  timelines exactly.

14    Q    And how did you become aware that he had

15  been moved into management?

16    A    Emily and I had a weekly meeting that

17  Jonathan started to sit in on through his training to

18  become a manager in that position, their KM, I guess,

19  or kitchen manager.  So for many years Emily and I

20  and him had the meeting together and then later Emily

21  dropped out and it was just Jonathan and I.  So I

22  knew that he was moving into management because that

23  was -- meeting with me was part of the training for

24  the job.

25    Q    And what kind of meetings did you have

1    with Emily and Jonathan?

2         A      Weekly meetings to -- at the time they

3    were new business owners.  They were opening a second

4    business in Parkway.  So we met to discuss menus,

5    menu items, menu costing, menu design, food orders,

6    which was the primary function of -- it is the

7    primary function of my job, but we do -- we have

8    several other services we offer at Cisco, and Emily

9    and Bob took great advantage of those in their

10   establishment.  So Jonathan was part of kind of us

11   creating their concept.

12        Q      Okay.  And how long would these meetings

13   last?

14        A      We met weekly on Thursday mornings for

15   about an hour -- I apologize -- Wednesday morning for

16   -- and we would meet to put the order in.  That was

17   always on the agenda.  That would be for Thursday's

18   delivery.  That's why we met on Wednesday and then

19   whatever else we needed to accomplish.  So they were

20   generally about an hour.  As time progressed we

21   didn't meet as long because we didn't have as much

22   that we needed to discuss.

23        Q      Okay.  And did you also communicate on the

24   telephone?

25        A      Sunday orders were placed via the

1  telephone either speaking with Jonathan or Emily or

2  just getting a voice mail from them.

3      Q     Okay.  And you said initially these

4  meetings were with the three of you; is that right?

5      A     Uh-huh.

6      Q     Is that a yes?

7      A     Yes.

8      Q     Okay.

9      A     Correct.

10     Q     And at some point it became just you and

11 Jonathan; is that correct?

12     A     That's correct.

13     Q     Okay.  And where did you have these

14 face-to-face meetings?

15     A     We would meet in either Snowcap or Parkway

16 generally in the back of the bar at Parkway was where

17 we would meet.

18     Q     And were these meetings during business

19 hours?

20     A     Yeah.

21     Q     So the --

22     A     Well, they were during my business -- I

23 mean, they weren't open to the public at this point.

24 They were there setting up for their lunch shift.

25 They wouldn't be open so that I could have Jonathan's

1    attention.  We would have our meeting and then he

2    would go get ready for lunch.

3        Q      Okay.  And what was your understanding of

4    Jonathan's job at Snowcap?

5        A      I understood that he was the kitchen

6    manager at Snowcap.

7        Q      And based on your observations, who was in

8    charge of the kitchen at Snowcap?

9        A      I mean, without saying Bob and Emily were

10   hands-on owners, so they were in charge, but Jonathan

11   was second in command to whatever Emily was doing.

12   So if she wasn't on the premises, Jonathan was

13   handling things and that same went with me.  He had

14   full rein to deal with my problems, questions,

15   concerns unless Emily was there and then I would

16   address her before addressing Jonathan.

17       Q      But if Emily was not there you would deal

18   -- you would take your business to Jonathan?

19       A      To Jonathan, yeah, correct.

20       Q      Okay.  Now, do you know what the term

21   "inner circle" means in terms of the business?

22       A      Yeah.

23       Q      Okay.  Do you believe that Jonathan was

24   part of the inner circle of that business?

25       A      Yes.

1      Q     Okay.  And that's based on what?

2      A     I mean, my interactions with him certainly

3  were of a person that would be in the inner circle,

4  but I would say a more pressing evidence than that is

5  his attendance to like food show -- annual food shows

6  that were held off perimeter premises.  There was

7  never anyone else who attended.  It was just Emily,

8  Jonathan and Bob.

9          We had two of those annually and then we

10  would have personal kitchen sessions that we offer to

11  all of our customers.  And if we ever held one of

12  those, Jonathan was also present at those as well.

13      Q     And what is a personal kitchen session?

14      A     We have culinary specialists, chefs that

15  work at Cisco Denver that do hour and a half long

16  presentations to our customers for whatever --

17  anything that they may request.  For Bob and Emily

18  those sessions were generally to show them new menu

19  ideas, new products, cost saving products, that type

20  of thing.

21      Q     And did Jonathan attend all these food

22  shows that Cisco put on?

23      A     Whenever he could and as long as he was an

24  employee there.

25      Q     Okay.  And during these meetings, did you

1    discuss new products?

2         A     Yes.

3         Q     Okay.  And did you do any sampling of the

4    products?

5         A     Yes.

6         Q     Okay.  Did you -- or did you observe any

7    taking of inventory?

8         A     Yes.

9         Q     Okay.  And who did that?

10        A     Jonathan or Emily would do it.

11        Q     Okay.

12              MR. MAGUIRE:  I don't have any other

13    questions.

14                         EXAMINATION

15    BY MR. MOSS:

16        Q     Now, a couple follow-ups first.  So the

17    annual food shows that were twice a year, comma, how

18    long was each?

19        A     They were all day events for us.  Bob and

20    Emily were very good at participating in those

21    events.  So they would come down and generally spend

22    a good majority of the day, four to five hours, I

23    would say.

24        Q     Is that how long Jonathan would stay as

25    well?

1     A     Yeah.   Jonathan would ride down with them.

2     Q     And how often were the personal kitchen

3  sessions?

4     A     We probably did those biannually, twice a

5  year with them.

6     Q     And those you said were -- did you say an

7  hour or an hour and a half?

8     A     An hour and a half.

9     Q     Do you know someone at Snowcap or Parkway

10  named John Selden?

11    A     Yes.

12    Q     Okay.  What did you understand his

13  position to be?

14    A     The bar manager.

15    Q     How did you know him to be the bar

16  manager?

17    A     I think actually based on my own

18  assumption.  He was there all the time.  He ran the

19  bar pretty much.

20    Q     And when you say ran the bar, did you see

21  I'm supervising other employees around?

22    A     No.  I mean, it's a small place, so I

23  didn't ever witness anyone supervising anyone else,

24  but you could tell -- I mean -- I don't know.  It's

25  hard to explain my own knowledge of restaurants and

1  how they work, but I'm pretty acutely aware of who is

2  doing what when I'm there, and I was very close-knit

3  with this particular account so I knew that he was

4  the bar manager.

5       Q     When you said at the end of your meetings

6  you would see Jon get ready for lunch -- do I recall

7  that right?

8       A     Yes.  Correct.

9       Q     What was he doing when you saw him getting

10  ready for lunch?

11      A     Prepping food, cleaning the kitchen.

12  Prepping food and cleaning the kitchen, preparing --

13  doing regular duties you do when you're preparing for

14  lunch.

15      Q     Were there usually zero people, one person

16  or two people doing the prepping and cleaning of the

17  kitchen with Jon?

18      A     Usually two, including Jon.  So one other

19  typically, and then I think depending on busy days I

20  feel like they would have three cooks back there.  I

21  can't really remember exactly, but there was always

22  Jon plus one at least, and that plus one could have

23  been Emily, but there was always two people back

24  there running the kitchen.

25      Q     So the two people in the kitchen could

*Agren Blando Court Reporting & Video, Inc.*

1    have been Jon and Emily or Jon and another cook?

2        A     Correct.

3        Q     You mentioned about how frequently and how

4    long you would visit.  Was that about the same from

5    2009 to 2011?

6        A     Yes.

7        Q     Did you ever e-mail with anyone at Snowcap

8    about business?

9        A     Very rarely.  We were very face to face.

10       Q     When you e-mailed, who was it with?

11       A     Emily.

12       Q     Ever Jonathan?

13       A     No.

14       Q     When you say rarely, about how often a

15   month?

16       A     Not a monthly thing.  I probably sent her

17   a total of two e-mails in the entire time we worked

18   together.

19       Q     Okay.  Was Jonathan cc'd on those e-mails?

20       A     No.

21       Q     Do you know whether Snowcap had any other

22   food suppliers -- do you know whether Snowcap and

23   Parkway had any other food suppliers from 2009 to

24   '11?

25       A     Not to my knowledge.  They may have.  I

1   didn't always know what they were doing in regard to

2   that.

3        Q      About how much did Snowcap buy in a year?

4        A      The first -- those numbers changed from

5   year to year.  The first year they bought about 5,000

6   a week between the two restaurants.  The second

7   year --

8        Q      What year was the first year?

9        A      About 5,000 a week.

10       Q      What year do you mean by first year?

11       A      2010, let's say, when both establishments

12   were open and running successfully.  The next year it

13   was probably about 3 to 4,000.  They did -- they were

14   buying paper somewhere else, I believe at that time,

15   but I think it was just online.

16       Q      So it decreased a time from '10 to '11 and

17   then --

18       A      And then a little bit more from -- and I

19   think that was more just slowing of the business in

20   general.

21       Q      And in 2009 was it more or less than the

22   5,000 a week?

23       A      2009 it was less, because they were just

24   very small at that time.  They only had Snowcap.

25       Q      So about how much --

1        A        A thousand a week maybe, maybe 1,500.

2        Q        And you said early on they had other paper

3    suppliers, you thought?

4        A        They took -- it's really hard to remember

5    how that fully played out, but after the first year,

6    we did a review and just looking at pricing and

7    products, and I believe they were buying a few of

8    their line item paper items off-line.  I don't think

9    it was an actual competitor of Cisco, if you will, so

10   broad liner, big semis that roll up.  I think it was

11   more like UPS, that type of thing.

12       Q        And do you remember any other food

13   suppliers that initially had business with Snowcap

14   and then you took over a bit?

15       A        Shamrock shipped them one order in the

16   very beginning.

17       Q        Did they get ice cream from somewhere else

18   early on, you think?

19       A        Oh, Licks, yeah, Licks.

20       Q        And Licks was their supplier of ice cream

21   in 2009?

22       A        Yes.  That's also their supplier of ice

23   cream now, I think.  I don't do business with them

24   anymore, so I'm not sure about that.

25       Q        You mean Cisco doesn't or you personally

1   don't?

2        A     Both.

3        Q     Is there any reason they stopped doing

4   business with Cisco?  Do you know?

5        A     I don't know what they would say if they

6   were here.  I can't speak to that.  Sorry.

7        Q     Did they give any reason why Cisco no

8   longer did business --

9              MR. MAGUIRE:  Okay.  I'm going to object

10  just for the record based on relevance.

11       Q     (BY MR. MOSS)  Go ahead.  You can answer.

12       A     I honestly don't know.  They still did

13  business with Cisco when I was in that position.  We

14  lost the business after I had moved on to that

15  promotion, so I'm not sure.

16       Q     Understood.  Do you know if Cisco is

17  hoping to or trying to get the business back?

18       A     Not currently, no.

19       Q     What did Emily or Bob tell you about why

20  or how Jonathan Reyes stopped working there?

21       A     Well, that was also interesting, because I

22  was actually on maternity leave when Jonathan left

23  with my first son.  And to what I can remember when I

24  came back, they said that they had had a falling out

25  and that he left abruptly, was what I was told.  I

*Agren Blando Court Reporting & Video, Inc.*

1    mean, it was a brief meeting.  I was introduced to

2    the new kitchen manager.  That was really that.

3         Q     Who was the new kitchen manager?

4         A     God.  I didn't like him at all.  He was

5    horrible.  I can't remember his name, though.  It was

6    a long time ago.  Sorry.  He moved on.  He wasn't

7    there long.

8         Q     And when was the maternity leave about?

9         A     I had my son October 8th of 2011.  So I

10   was on maternity leave that day it started actually.

11   It was a Saturday.  I worked Friday.  He was born

12   Saturday.

13        Q     Jonathan Reyes' last day was in September

14   of 2011.  Is it possible you just didn't see him your

15   last couple weeks there?

16        A     It's possible.  Because I was train -- I

17   mean, I was training someone to take over my spot, so

18   it's possible.  I mean, who knows.  I was getting

19   ready to have a baby, so I can't remember, but I

20   found out when I got back.  I know that.

21        Q     You were still making the visits up until

22   your maternity leave?

23        A     Probably.  I would imagine.

24        Q     But you only found out he left when you

25   came back from leave in later 2011?  When was that?

1      A      I came back 13 weeks later.

2      Q      So was that the end of 2011?

3      A      You know what, I found out while I was on

4  maternity leave, because I went in to see Emily and

5  introduce her to my son.  And yes.  Now that I'm

6  thinking about it -- because it was a long time ago.

7  Someone was running my route for like a month before

8  I left to learn, so that could be why.

9      Q      What have Emily or Bob told you about Jon

10  Reyes' case against them?

11      A      Well, we haven't talked about it in a long

12  time until now, but it was just that he was stating

13  -- he is stating that he's owed money by them for

14  hours.  They're saying that they don't owe it to him,

15  is what I've been told.

16      Q      Did they ever tell that you they admitted

17  in sworn testimony they didn't pay him for his last

18  five days of work?

19      A      No.

20      Q      You mentioned helping them create or

21  modify menus, I believe.

22      A      Yes.

23      Q      Tell me what you did.

24      A      We would come up with items in the

25  kitchen.  So we would create the dishes by tasting

1    them, cooking them.  We would cost them.  So I did a

2    lot of the costing analysis for them, and then we

3    have a person on-site at Cisco that designs menus.

4    We did a couple of their original designs, but Emily

5    is also a designer, so she did some of it at the end.

6    That was what I did for them.

7         Q    Did Jonathan Reyes do menu design?

8         A    No.

9         Q    Did he do the costing analysis?

10        A    He did costing with me, yes.

11        Q    Emily did too?

12        A    No.  Jonathan and I did the majority of

13   the costing together.

14        Q    You mentioned a Cisco employee who worked

15   on new menu items; is that right?

16        A    We have a chef that cooks for us.

17        Q    And was that on-site at Snowcap or at

18   Cisco?

19        A    At Cisco.

20        Q    Did anyone from Snowcap come to Cisco to

21   see your work with that chef?

22        A    Just Emily and Jonathan.  Bob, I think,

23   came once.

24        Q    How often did Emily and Jonathan go to

25   Cisco to be with the chef the Cisco?

**Agren Blando Court Reporting & Video, Inc.**

1       A       Twice a year.

2       Q       For the personal kitchen sessions?

3       A       Yes.

4       Q       I'm catching on.  Okay.  When you say you

5   saw inventory being done, what did you mean by that?

6       A       Jonathan and Emily were both trained by

7   Cisco to take weekly and monthly inventories.  So we

8   have a food cost seminar that we teach.  Emily, Bob,

9   and Jonathan all came down for that.  They were

10  taught and instructed how to do inventory.  We built

11  their order guides in a way that they could do

12  walking inventory weekly and then take a monthly

13  inventory, which you should be doing in all

14  restaurants.  So usually the manager does that.

15      Q       And did you see Emily, Jonathan or other

16  Snowcap employees doing inventory regularly at

17  Snowcap?

18      A       Yes.  I only saw Jonathan and Emily ever

19  doing inventory.

20      Q       Did you know of occasions when Emily took

21  away Jonathan's authority to order food?

22      A       No.

23      Q       You mentioned that sometimes Emily and

24  sometimes Jonathan would order food; is that right?

25      A       That's correct.

1      Q      Okay.  In the almost two years before your

2   maternity leave, so 2010 and 2011 before you left,

3   each of those years both Emily and Jonathan did

4   ordering?

5      A      Yes.

6      Q      Could you say what percentage one or the

7   other did it or not?

8      A      No.

9      Q      Understood.  How much did the Snowcap or

10   Parkway menu change from 2010 and '11?

11      A      We did -- we encouraged them to do

12   seasonal menu changes so four times a year, three

13   times a year.

14      Q      And when there was a seasonal change,

15   would most of the menu change or some items?

16      A      Some items.

17      Q      About how many?  Just a couple, several?

18      A      I would say their menu ran about 30 items.

19   We probably changed about half of those items

20   seasonally.

21      Q      And were most of the new items come up

22   with by the Cisco chef or by Jonathan and Emily?

23      A      Most by Jonathan and Emily.  We would give

24   them, you know, a couple really solid ideas, items

25   too.  We come up with products too to create items.

1   So we might give them a few menu items, but we give

2   them a lot of the product that they use to take home

3   or take back to their place and create.

4        Q     Did you ever go to Parkway or Snowcap not

5   to sell but to eat or drink food?

6        A     Yes.

7        Q     How often?

8        A     Often.  Once a month probably.

9        Q     Was that in 2009 through '11?

10       A     Yes.

11       Q     Do you still go there?

12       A     Not nearly as often, no.

13       Q     Do you consider either Bob or Emily or

14  anyone at Snowcap or Parkway to be a friend?

15       A     Yes and no.  They're less friends now than

16  they used to be just because I don't see them nearly

17  as often, but yes, they're -- for all intents and

18  purposes they're friends.  Jon is, Bob is, and Emily.

19  Other than that, I don't know anyone working there

20  any longer.

21       Q     Is fall 2011 the last time you saw

22  Jonathan?

23       A     Yes.  I haven't seen him since he left

24  Snowcap.

25       Q     And when is the last time you saw Bob or

*Agren Blando Court Reporting & Video, Inc.*

1    Emily?

2        A      I saw Bob like a month ago eating there

3    and I haven't seen Emily in eight or nine,

4    ten months.

5        Q      If Bob or Emily wanted to order from Cisco

6    again, would you or Cisco entertain the order?

7        A      Yes.

8        Q      Would you like that to happen?

9        A      I mean, I guess.  It's not on my call

10   sheet, so I don't care one way or the other, to be

11   honest.

12              MR. MOSS:  I have nothing further.

13                         EXAMINATION

14   BY MR. MAGUIRE:

15       Q      Just one follow-up.  You mentioned that

16   you thought you might have had two e-mails with Emily

17   over the course of your business relationship; is

18   that right?

19       A      Correct.

20       Q      Do you know when those were sent?

21       A      Very -- I mean, very early on or -- and I

22   think there was potentially one later on that I can

23   remember that I was e-mailing her an account

24   statement, but we -- I mean, I live 40 seconds away

25   from there, so doing business with them I would just

1    go in.  We didn't e-mail.

2        Q     Okay.

3              MR. MAGUIRE:  I don't have any other

4    questions.

5                        EXAMINATION

6    BY MR. MOSS:

7        Q     Quick follow-up on that.  So does that

8    bring it to possibly three times you e-mailed with

9    Emily because there was the later one?

10       A     Yes, and that is really a rough estimate

11   too.

12       Q     And the calls and voice mails that you had

13   with Emily or Jon, about how long were those in

14   seconds or minutes?

15       A     Generally about 15 minutes on Sunday.

16       Q     The calls but not the voice mails?

17       A     The voice mails would be an order.  So

18   they would maybe take five minutes to leave the

19   order.  I would take five minutes to listen to it.

20       Q     Okay.  You just mentioned an account

21   statement you e-mailed Emily; is that right?

22       A     Yes.

23       Q     How do you usually give account statements

24   to Snowcap or Parkway?

25       A     That one was kind of a fluke.  I didn't

1  usually give them their account statements.  When I

2  would come in there would either be a check there for

3  me for the week or I would give them a total when I

4  was there depending on whether or not Emily would be

5  there.  So if she wasn't going to be there, I would

6  text her the amount and she would leave a check.  If

7  she was going to be there, she would just write a

8  check for me.

9      Q    So is it typically you would text Emily

10  the amount they owe?

11      A    That wasn't typical.  It was either that

12  or picking it up.  It was -- I would say more often

13  than not it was in person.

14      Q    And when you texted the amount, was it

15  ever to Jonathan Reyes or just Emily?

16      A    No.  Just Emily handled all the billing.

17      Q    And when you told them the amount that was

18  owed in person at Parkway or Snowcap, was that always

19  Emily?

20      A    Yes.

21      Q    And who gave you the checks?

22      A    Emily.

23      Q    Jonathan never had anything to do with the

24  billing?

25      A    No.

Agren Blando Court Reporting & Video, Inc.

1              MR. MOSS:   Nothing further.

2       (The deposition concluded at 12:15 p.m. on

3    December 9, 2013.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    STATE OF COLORADO)

2                      )    ss.         REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4              I, Barbara J. Castillo, do hereby certify

5    that I am a Registered Merit Reporter, Certified

6    Realtime Reporter and Notary Public within and for

7    the State of Colorado; that previous to the

8    commencement of the examination, the deponent was

9    duly sworn to testify to the truth.

10             I further certify that this deposition was

11   taken in shorthand by me at the time and place herein

12   set forth, that it was thereafter reduced to

13   typewritten form, and that the foregoing constitutes

14   a true and correct transcript.

15             I further certify that I am not related to,

16   employed by, nor of counsel for any of the parties or

17   attorneys herein, nor otherwise interested in the

18   result of the within action.

19             In witness whereof, I have affixed my

20   signature and seal this 12th day of December, 2013.

21             My commission expires January 18, 2017.

22

23             _____

24             Barbara J. Castillo, RMR, CRR
               216 - 16th Street, Suite 600
               Denver, Colorado  80202

25

*Agren Blando Court Reporting & Video, Inc.*

```
 1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
 2   Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
 3   Boulder, Colorado 80303

 4

 5                   CHRISTINA KAUFFMAN
                     December 9, 2013
 6               REYES VS. SNOWCAP CREAMERY
                 Case No. 11-cv-02755-JLK-KMT
 7

 8

     The original deposition was filed with
 9
     Joel C. Maguire, Esq., on approximately the
10
     12th day of December, 2013.
11
     _XXX_  Signature waived
12
     _____  Unsigned; signed signature page and amendment
13           sheets, if any, to be filed at trial

14   _____  Reading and signing not requested pursuant to
             C.R.C.P. Rule 30(e)
15
     _____  Unsigned; amendment sheets and/or signature
16           pages should be forwarded to Agren Blando to be
             filed in the envelope attached to the sealed
17           original.

18

19
     Thank you.
20
     AGREN BLANDO COURT REPORTING & VIDEO, INC.
21
     Cc:  All Counsel
22

23

24

25
```