**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**


Date:  December 13, 2013                    Deputy Clerk: Bernique Abiakam
                                                          Court Reporter: Mary George

---

Civil Action No.: 11-cv-02755-JLK

JONATHAN REYES,                              Skye K. Myers
                                                          Scott A. Moss


                   Plaintiff,

v.

SNOWCAP CREAMERY, INC.,
EMILY ARNOLD, and
ROBERT ARNOLD,                               Joel C. Maguire


                   Defendants.

---


### COURTROOM MINUTES

---

**Final Trial Preparation Conference**

**11:09 a.m.    Court in session.**

Court calls case.  Counsel present.

Preliminary remarks by the Court.

The Court informs counsel of changes in the start time for trial next week.

The Court reads into the record, its ruling regarding Doc. No. 73.

**ORDERED:  Plaintiff's Motion In Limine To Strike And Preclude Evidence That**
**Defendants Never Produced In Discovery And That Is Contrary To**
**The Evidence Defendants Produced In Discovery (Filed 11/12/13;**
**Doc. No. 73) is DENIED.**

Discussion regarding Doc. No. 94.

**ORDERED:  The stipulations to exhibits in Doc. No. 94 are accepted and the**
**following exhibits are admitted as specified: Exhibits 1-7, 9, 12,15,**
**19, and 22-31.**

*11-cv-02755-JLK*
*Final Trial Preparation Conference*
*December 13, 2013*

The Court states that the stipulated facts will be incorporated into its findings of fact and conclusions of law at the end of this case.

Further discussion regarding exhibits, witnesses, trial schedule, deposition designations.

**ORDERED:   Counsel shall arrive at least 30 minutes prior to the start of trial.**

**11:41 a.m.    Court in recess.**
Hearing concluded.
Time in court - 00:32