IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Date:  December 18, 2013 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Mary George |

Civil Action No.: 11-cv-02755-JLK

| | |
|---|---|
| JONATHAN REYES, | Scott A. Moss<br>Skye K. Myers |
| Plaintiff, | |
| v. | |
| SNOWCAP CREAMERY, INC.,<br>EMILY ARNOLD, and<br>ROBERT ARNOLD, | Joel C. Maguire |
| Defendants. | |

## COURTROOM MINUTES

**Bench Trial - Day 1**

**9:36 a.m.        Court in session.**

Court calls case.  Counsel and parties present.

Preliminary remarks by the Court.

| | |
|---|---|
| 9:38 a.m. | Opening statement by Mr. Myers. |
| 10:04 a.m. | Opening statement by Mr. Maguire. |
| 10:15 a.m. | Plaintiff, Jonathan Reyes, called and sworn.<br>Direct examination begins by Mr. Moss. |

**11:57 am.        Court in recess.**

**1:24 p.m.        Court in session.**

Discussion regarding witness schedule.

| | |
|---|---|
| 1:26 p.m. | Continued direct examination by Mr. Moss. |

*11-cv-02755-JLK*
*Bench Trial - Day 1*
*December 18, 2013*

| | |
|---|---|
| 1:30 p.m. | Cross examination begins by Mr. Maguire. |

Defendants Exhibits 20 and 21, offered.

Objections OVERRULED.

**Defendants Exhibits 20 and 21 ADMITTED.**

| | |
|---|---|
| 1:59 p.m. | Continued cross examination by Mr. Maguire. |

Witness temporarily excused.

| | |
|---|---|
| 2:40 p.m. | Plaintiff's witness, Brittany Brown, called and sworn. Direct examination begins by Mr. Moss. |
| 3:00 p.m. | Cross examination begins by Mr. Maguire. |
| 3:02 p.m. | Redirect examination by Mr. Moss. |

Witness excused.

**3:03 p.m.     Court in recess.**

**3:22 p.m.     Court in session.**

| | |
|---|---|
| 3:23 p.m. | Plaintiff resumes the stand for continued cross examination by Mr. Maguire. |
| 4:34 p.m. | Redirect examination by Mr. Moss. |
| 4:46 p.m. | Re-cross examination by Mr. Maguire. |
| 4:47 p.m. | Re-redirect examination by Mr. Moss. |

Trial will resume tomorrow morning at 10:00 a.m.

**4:48 p.m.     Court in recess.**
Hearing continued.
Time in court - 05:26