**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-02755-JLK-KMT

JONATHAN REYES,

    Plaintiff,

v.

SNOWCAP CREAMERY, INC.,
EMILY ARNOLD, and
ROBERT ARNOLD,

    Defendants.

_____

**ORDER GRANTING MOTION TO WITHDRAW**
_____

Kane, J.

    THE COURT, per Joel C. Maguire's and Dietze and Davis, P.C.'s Motion To Withdraw As Counsel For Defendants With Notice Of Withdrawal To Defendants, Doc. 122, and being fully advised in the premises,

    FINDS that Defendants and all counsel of record have been notified in accordance with D.C.COLO.LAttyR 5(b) and that good cause exists for the motion.

    NOW, THEREFORE, IT IS ORDERED that Joel C. Maguire and Dietze and Davis, P.C. are permitted to withdraw as counsel for Defendants.

DATED: October 16, 2014        BY THE COURT:

                                                *s/John L. Kane*
                                                John L. Kane, U.S. Senior District Judge